**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAVARES HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17 CV 03486 |
| v. | ) | |
| | ) | Judge Blakey |
| OFFICER MULLIGAN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO SUBSTITUTE COUNSEL**

NOW COMES Attorney David S. Lipschultz of Law Offices of David S. Lipschultz, Inc., and pursuant to rule 24(d) of the Federal Rules of Civil Procedure, respectfully moves this Court for an entry of an order granting leave to Mr. Lipschultz to substitute in as the attorney of record for Plaintiff, Tavares Hamilton, and allowing Jon F. Erickson, Jon Robert Neuleib, Michael D. Oppenheimer and Ronak P. Maisuria of Erickson & Oppenheimer, Ltd. leave to withdraw as counsel for Plaintiff, thereby terminating their appearances in and notifications of this case.

In support thereof, undersigned counsel states that Plaintiff Tavares Hamilton retained the Law Offices of David S. Lipschultz with respect to the above captioned matter on October 31, 2017.

Respectfully submitted,

/s/ Ronak Maisuria
Erickson & Oppenheimer
223 W. Jackson, Ste. 200
Chicago, IL 60606
312-327-3370

/s/ David S. Lipschultz
Law Offices of David S. Lipschultz
200 S. Michigan, Ste. 201
Chicago, IL 60604
312-414-1778
Atty. No. 6277910