**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAVARES HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17 C 3486 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| OFFICER MULLIGAN (Star #7621), | ) | |
| OFFICER BLANCO (Star #16816), | ) | Magistrate Judge Gilbert |
| OFFICER CABANIN (Star #11646), | ) | |
| OFFICER GRANEY (Star #12995), | ) | |
| OFFICER CATALANO (Star #17153), | ) | |
| OFFICER MCCALL (Star #17613), and | ) | |
| OFFICER REYKJALIN (Star #2290), | ) | |
| individually, and the CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS PLAINTIFF'S ATTORNEY**

NOW COMES Plaintiff's attorney, David S. Lipschultz, and in support of his Motion to Withdraw as Plaintiff's Attorney, states as follows:

1. On May 9, 2017, Plaintiff filed his Complaint at Law setting forth claims pursuant to 42 U.S.C. §1983.

2. After engaging in extensive discovery, Plaintiff's attorney, David S. Lipschultz, cannot continue to represent the Plaintiff in this matter as counsel. Counsel and the Plaintiff have irreconcilable differences concerning various, significant issues about the case

3. Mr. Lipschultz believes that under these circumstances he is unable to effectively and properly represent the Plaintiff and the Plaintiff's interests.

4. Plaintiff may seek to retain a new attorney and requests time from this Court for him to do so.

5. Accordingly, David S. Lipschultz moves to withdraw as Plaintiff's attorney of record in this cause of action and seeks to no longer be sent notices of the court. All further notices should be sent to Plaintiff; his contact information is detailed on the attached Notification of Party Contact Information form, as required by the Local Rules of this Court.

WHEREFORE, Plaintiff's attorney, David S. Lipschultz, respectfully requests that this Honorable Court enter an order granting his motion to withdraw its appearance on behalf of the Plaintiff in this matter.

Respectfully submitted,

TAVARES HAMILTON

/s/ *David S. Lipschultz*
David S. Lipschultz

David S. Lipschultz
Attorney No. 6277910
Law Offices of David S. Lipschultz, Inc.
200 S. Michigan Avenue, Suite 201
Chicago, Illinois 60604
Telephone: 312-414-1778
Email: david@dsllawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing Motion To Withdraw As Plaintiff's Attorney, to be served on all parties of record via the Court's electronic filing system, and by regular mail for individuals not on the electronic filing system, on July 25, 2018.

/s/ *David S. Lipschultz*
David S. Lipschultz